# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| COLONIAL PIPELINE COMPANY,<br><br>*Petitioner,*<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION et al.,<br><br>*Respondents.* | No. 23-13831 |

### PETITIONER'S STATUS REPORT

Pursuant to this Court's order issued on December 22, 2023, Petitioner Colonial Pipeline Company ("Colonial") submits this Status Report to inform the Court about intervening developments in proceedings before the Federal Energy Regulatory Commission ("FERC" or the "Commission") while this case remains in abeyance.

This case involves Colonial's petition for review of two orders that FERC issued on November 16, 2023, pursuant to the Interstate Commerce Act. *See Epsilon Trading, LLC, et al. v. Colonial Pipeline Co.*, 185 FERC ¶ 61,125 (Nov. 16, 2023); *Epsilon Trading, LLC, et al. v. Colonial Pipeline Co.*, 185 FERC ¶ 61,126 (Nov. 16, 2023). Those orders relate to the rates and terms of service that Colonial provides for transporting refined petroleum products on its interstate pipeline system. On

December 15, 2023, Colonial filed an unopposed motion to hold this case in abeyance to allow the Commission to resolve any requests for administrative rehearing that other parties might file as to the FERC orders at issue, and to account for the possibility that other parties might file petitions for judicial review of the same or related FERC orders. On December 22, 2023, this Court granted that motion (ECF No. 34), holding the case in abeyance for 60 days and directing Colonial to file status reports on the 15th day of each month.

After Colonial filed its abeyance motion, other parties to the Commission proceedings filed with FERC four separate requests for administrative rehearing on December 18, 2023.[1] The 30-day period for the Commission to act on those requests (absent an order by FERC extending that deadline) will expire on January 17, 2024. *See* 18 C.F.R. § 385.713(f). To Colonial's knowledge, no other petitions for judicial review of the November 16, 2023, FERC orders at issue have been filed in this or

---

[1] *See* Request for Rehearing of American Airlines, Inc. et al., *Epsilon Trading, LLC v. Colonial Pipeline Company*, FERC Docket No. OR18-7-002 (Dec. 18, 2023) (Accession No. 20231218-5294); Request for Rehearing of American Airlines, Inc. et al., *Epsilon Trading, LLC v. Colonial Pipeline Company*, FERC Docket No. OR18-7-003 (Dec. 18, 2023) (Accession No. 20231218-5289); Joint Shippers' Request for Rehearing of Opinion No. 586, *Epsilon Trading, LLC v. Colonial Pipeline Company*, FERC Docket No. OR18-7 (Dec. 18, 2023) (Accession No. 20231218-5211); Joint Shippers' Request for Rehearing of Opinion No. 585, *Epsilon Trading, LLC v. Colonial Pipeline Company*, FERC Docket No. OR18-7-003 (Dec. 18, 2023) (Accession No. 20231218-5175). Rehearing requests can be searched and downloaded via accession or docket number through FERC's "eLibrary" online docket system, at https://elibrary.ferc.gov/eLibrary/search.

any other court to date. With regard to the November 16, 2023 orders, the 60-day statutory period to file petitions for judicial review will expire on January 16, 2024.

Pursuant to this Court's order of December 22, 2023, Colonial will file another status report on February 15, 2024.

| | |
|---|---|
| Date: January 15, 2024 | Respectfully submitted, |
| | */s/ Jeremy C. Marwell* |
| *Of Counsel:* | William S. Scherman |
| Steven H. Brose | Jeremy C. Marwell |
| Steven Reed | Monique Watson |
| Daniel J. Poynor | Laura Swett |
| Steptoe & Johnson LLP | Thomas C. Kirby |
| 1330 Connecticut Avenue, NW | Vinson & Elkins LLP |
| Washington, DC 20036 | 2200 Pennsylvania Avenue, NW |
| Phone: 202.429.6250 | Suite 500 West |
| Email: SBrose@steptoe.com | Washington, DC 20037 |
| | Phone: 202.639.6507 |
| | Email: jmarwell@velaw.com |
| | |
| | Garrett Meisman |
| | Vinson & Elkins LLP |
| | 845 Texas Avenue, Suite 4700 |
| | Houston, TX 77002 |
| | Phone: 713.758.2559 |
| | Email: gmeisman@velaw.com |

*Counsel for Petitioner Colonial Pipeline Company*

3

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure, I hereby certify that on January 15, 2024, I electronically filed the foregoing *Petitioner's Status Report* with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system, and served copies of the foregoing via the Court's CM/ECF system on all ECF-registered counsel.

*/s/ Jeremy C. Marwell*
Jeremy C. Marwell
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: 202.639.6507
jmarwell@velaw.com

*Counsel for Petitioner Colonial Pipeline Company*